# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; and WESTCHESTER FIRE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INLAND NORTHWEST CORPORATION, a Washington corporation; DONALD BARBIERI and JANE DOE BARBIERI, a marital community; RICHARD BARBIERI and JANE DOE BARBIERI, a marital community; ARTHUR COFFEY and JANE DOE COFFEY, a marital community; and DOUGLAS BLATTMACHR and JANE DOE BLATTMACHR, a marital community,<br><br>Defendants. | NO. CV-07-312-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal (Ct. Rec. 28). The motion was heard without oral argument.

The parties ask the Court to dismiss all claims and counterclaims with prejudice and without attorneys' fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order of Dismissal (Ct. Rec. 28) is **GRANTED**.

2. The claims and counterclaims asserted in the above-captioned cause of

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL ~ 1**

1  action are dismissed with prejudice and without costs to either party.

2      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

3  Order and to provide copies to counsel.

4      **DATED** this 5th day of January, 2009.

5               *S/ Robert H. Whaley*

6             ROBERT H. WHALEY
        Chief United States District Court

7

8  Q:\CIVIL\2007\Illinois Union Insurance\dismiss.wpd

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL ~ 2**